IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARGARET GATES                                                  PLAINTIFF

v.                      NO. 3:09CV00025 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 28th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE